UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKARDO ANTHONY KELLY,

                      Petitioner,

-against-

JUDITH ALMODOVAR, Acting Field Office Director of the New York City Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of the United States Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities; DEPARTMENT OF HOMELAND SECURITY,

                      Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/6/2025__

25 Civ. 6448 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The undersigned, acting as the Part I duty judge, ORDERS as follows: Petitioner's transfer or removal to any location outside the geographic operation of Immigration and Custom Enforcement's New York field office is ADMINISTRATIVELY STAYED pending further order of the Court.

SO ORDERED.

Dated: August 6, 2025 at 1:10 p.m. ET
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge