**U.S. Department**

*United States A*
*Southern Distri*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/7/2025__

August 6, 2025

By ECF
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Kelly v. Almodovar, et al.*, No. 25 Civ. 6448 (JPC)

Dear Judge Cronan:

    This Office represents the government in the above-referenced habeas corpus action. I write respectfully to request a three-business day extension of the government's time to respond to the petition, from August 9, 2025, to August 13, 2025. This is the government's first request for an extension. Petitioner does not consent to this request.

    Petitioner filed this action, along with a proposed order to show cause, today, August 6. This matter was assigned to Your Honor this morning, and this afternoon, Judge Analisa Torres, sitting in Part I, issued an order to show cause, directing the government to file a response by this Saturday, August 9. ECF No. 7. Judge Torres also issued an order enjoining the government from transferring Petitioner outside of the geographic operation of the New York Field Office of U.S. Immigration and Customs Enforcement ("ICE"). ECF No. 6. Petitioner's counsel alerted this Office of this habeas corpus action by email at approximately 2:52 p.m. today.

    The government respectfully requests that the Court extend its time to respond to the order to show cause to Wednesday, August 13, 2025. I make this request for a few reasons. First, additional time is needed for this Office to obtain information from ICE that is necessary for the government to prepare and file its response to the petition. Unfortunately, given the short deadline in this case and other litigation demands, including other emergency habeas matters, more time is needed to obtain that information from ICE and for this Office to prepare a response in this case.

    Second, I have asked for an extension until Wednesday because I am scheduled to undergo a minor medical procedure on Monday, August 11. The procedure will impact my ability to prepare the government's response on Monday and, potentially, during part of Tuesday.

    Third, as this Office has already informed Petitioner's counsel, Petitioner is detained pursuant to 8 U.S.C. § 1226(a), and thus is entitled to request, but has not yet requested, a custody redetermination hearing (i.e., a bond hearing) before an immigration judge under 8 C.F.R. § 1003.19 and Part 1236. Because administrative process is available to Petitioner, and because Judge Torres has already enjoined transfer, the government submits that there is no urgency of a nature requiring a response over the weekend. Moreover, Petitioner's demand that the brief

extension requested be granted only on the condition that he receives "immediate release" improperly seeks the ultimate relief in this matter — this would not be proper under the posture of a preliminary injunctive relief, let alone on an extension request. *WarnerVision Entm't Inc. v. Empire of Carolina, Inc.*, 101 F.3d 259, 261 (2d Cir. 1996) ("The purpose of a preliminary injunction is not to give the plaintiff the ultimate relief [he] seeks.").

Petitioner opposes the government's request, stating the following: "As detailed in Petitioner's filings, Mr. Kelly is currently suffering ongoing and irreparable harm as a result of his unlawful detention—including the deprivation of his constitutional rights, heightened medical risks due to his diabetes, and severe psychological distress connected to both his past trauma and his present confinement. Since filing, counsel for Petitioner has also learned alarming information about his current conditions of confinement, which further heightens the need for his release. The government's inability to promptly respond only underscores the rashness of its decision to detain Mr. Kelly in the first place, without adequate consideration or justification. At a minimum, any extension should be conditioned on his immediate release. Petitioner respectfully requests the opportunity to submit a letter addressing the government's request should the Court be inclined to consider it."

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    s/ Mary Ellen Brennan
MARY ELLEN BRENNAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2652
E-mail: maryellen.brennan@usdoj.gov

cc: Counsel of Record (by ECF)

GRANTED IN PART. By **August 11, 2025**, Respondents shall file their response to the petition.

SO ORDERED.

Dated: August 7, 2025
      New York, New York

ANALISA TORRES
United States District Judge