UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICKARDO ANTHONY KELLY,

                              Petitioner,                25 **CIVIL** 6448 (AT)

       -against-                                        **JUDGMENT**

JUDITH ALMODOVAR, Acting Field Office Director of the New York City Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of the United States Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities; DEPARTMENT OF HOMELAND SECURITY,

                              Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 15, 2025, the Petition is GRANTED. Respondents are ORDERED to immediately release Kelly from custody.

**DATED:** New York, New York
             August 18, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                         **BY:**
                                                        **Deputy Clerk**