**Debevoise
&Plimpton**

Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108
+1 415 738 5700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/21/2025___

***REQUEST TO BE FILED UNDER SEAL***

Hon. Analisa Torres
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

August 21, 2025

RE:       ***Rickardo Kelly v. Almodovar et al*, 1:25-cv-06448-AT (S.D.N.Y.)**

Dear Judge Torres:

Petitioner respectfully requests that Dkt. 23—Respondents' letter dated August 15, 2025 informing the Court that the government had complied with the Court's order from that date (the "Letter")—be replaced with the attached, redacted version, which removes sensitive medical information from the public docket.

The basis for redaction is that the Letter contains references to Mr. Kelly's medical history that should not be made public. In making this determination, the Court must apply a "three-part analysis": (1) whether the document is a "judicial document"; (2) the weight of the presumption of a right of access to judicial documents; and (3) the countervailing weight of other interests. *Nielson Consumer LLC v. Circana Grp., L.P.*, No. 22-CV-3235 (JPO) (KHP), 2024 WL 990073, at *1 (S.D.N.Y. Mar. 6, 2024). The Letter is a "judicial document" filed with the Court, but is only confirmatory and "play[s] only a negligible role in the performance of Article III duties." *Id.* On the other hand, Petitioner's "personal privacy interests" in keeping this medical information out of the public record are a "'higher value' the preservation of which . . . warrant[s] sealing." *Id.* at *2.

Petitioner has raised this substitution with Respondents, and Respondents do not object. Due to the sensitive nature of this filing, we request that it be filed under seal.

Respectfully submitted,

_____

GRANTED. The Clerk of Court is respectfully directed to permanently seal the filing at ECF No. 23, to be accessed only by the parties in this matter.

SO ORDERED.

Dated: August 21, 2025
          New York, New York

_____
ANALISA TORRES
United States District Judge

www.debevoise.com