# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al., <br><br>      Plaintiffs, <br> v. <br><br>Live Nation Entertainment, Inc., et al., <br><br>      Defendants. | Case No.: 1:24-cv-03973 (AS) <br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted to practice *pro hac vice* in this court pursuant to ECF No. 825, and I appear in this case as counsel for non-party Arena Operations, LLC.

Dated:  January 15, 2026

                     Respectfully submitted,

                     /s/ *Samantha F. Hynes*
                     Samantha F. Hynes
                     SULLIVAN & CROMWELL LLP
                     1700 New York Avenue, N.W.
                     Suite 700
                     Washington D.C. 20006-5215
                     Telephone: (202) 956-7500
                     hyness@sullcrom.com

                     *Counsel for non-party*
                     *Arena Operations, LLC*