# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-(AS)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Robin L. Gushman, the undersigned, on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. hereby move this Court before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, NY 10007, for an Order striking two witnesses identified on Plaintiffs' January 6, 2026 preliminary trial witness list, pursuant to Federal Rule of Civil Procedure 37(c)(1), and for such other and further relief as the Court deems just and proper.

Dated: January 30, 2026

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| *(signature)* | *(signature)* |
| Alfred C. Pfeiffer (admitted *pro hac vice*)  *Co-Lead Trial Counsel* | Lauren A. Moskowitz |
| David R. Marriott  *Co-Lead Trial Counsel* | Jesse M. Weiss |
| Timothy L. O'Mara (admitted *pro hac vice*) | Nicole M. Peles |

LATHAM & WATKINS LLP

Alfred C. Pfeiffer (admitted *pro hac vice*)
  *Co-Lead Trial Counsel*
David R. Marriott
  *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Andrew M. Gass (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*